UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA NAVARRE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-05738-JSW<br><br>**ORDER TO SHOW CAUSE** |

On January 6, 2020, this Court approved a stipulation to dismiss one defendant. Nine defendants remain active in this case. This matter is currently set for pre-trial conference on March 2, 2020 at 2:00 p.m., but the Court has received no pre-trial materials.

The parties are HEREBY ORDERED TO SHOW CAUSE, no later than February 25, 2020 at 5 p.m. why they have failed to comply with this Court's deadlines for pre-trial submissions. A stipulation to dismiss filed by this deadline will also satisfy the Order to Show Cause.

The pre-trial conference is HEREBY VACATED and will be reset, as needed, following the satisfaction of this Order.

**IT IS SO ORDERED.**

Dated: February 24, 2020

_____
JEFFREY S. WHITE
United States District Judge